**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITE HERE RETIREMENT FUND, et al.,

                    Plaintiffs,

        -against-

ANGELO OF MULBERRY STREET INC.,
et al.,
                Defendants.
-----------------------------------------------------------X

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2022

21 **CIVIL** 583 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum and Order dated March 28, 2022, Plaintiffs' motion for default judgment is GRANTED. Plaintiffs are awarded (i) $3,543,628 in unpaid withdrawal liability; (ii) $404,268.89 in interest; (iii) $708,725.60 in liquidated damages; and (iv) $983 in costs. Plaintiffs' request for attorney's fees is denied without prejudice to renewal with appropriate documentation, provided that any request for attorney's fees shall be filed within 30 days after the date of the order; accordingly, the case is closed.

**DATED**: New York, New York
          March 28, 2022

                                      **RUBY J. KRAJICK**
                                        Clerk of Court

                         **BY:** _X Mango_
                                        **Deputy Clerk**